JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ANTONIO SPIVEY,<br><br>           Petitioner,<br><br>       vs.<br><br>ROBERT H. TRIMBLE, Acting Warden,<br><br>           Respondent. | Case No. CV 09-7502-VBF (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: 1-31-12

_/s/ Valerie Baker Fairbank_
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

1